IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROL LAM JORDAN, | ) | No. C 06-3626 MJJ (PR) |
| Petitioner, | ) ) | **ORDER DENYING APPOINTMENT OF COUNSEL** |
| vs. | ) ) | |
| WALKER, Warden, | ) ) | (Docket No. 2) |
| Respondent. | ) ) | |

Petitioner is a California prisoner who filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed a request for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986). Pursuant to 18 U.S.C. § 3006A(a)(2)(B), however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." Petitioner's claims have already been adequately presented in the petition and are not especially complex. If the Court ascertains a need for assistance of counsel at a later stage of this litigation, the Court will sua sponte issue an order appointing counsel. At this time, the interests of justice do not require such appointment, and petitioner's motion is DENIED.

This order terminates docket number 2.

IT IS SO ORDERED.

DATED: 3/14/2007

MARTIN J. JENKINS
United States District Judge

G:\PROSE\MJJ\HC.06\JORDAN3.ATY.WPD