
**FILED**

JUN 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROL LAM JORDAN,

    Petitioner,

vs.

WALKER, Warden,

    Respondent.

No. C 06-3626 MJJ (PR)

**ORDER GRANTING EXTENSION OF TIME**

(Docket Nos. 23, 25)

Good cause appearing, petitioner's requests for an extension of time in which to file a traverse is GRANTED. If petitioner wishes to file a traverse, he must do so on or before **July 23, 2007**.

This order terminates docket numbers 23 & 25.

IT IS SO ORDERED.

DATED: 6/12/2007

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAROL LAM JORDAN,

        Plaintiff,

  v.

JIMMY WALKER et al,

        Defendant.

Case Number: CV06-03626 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bridget Billeter
CA Dept. Of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Harol Lam Jordan
Prisoner No. V-42322
P.O. Box 290066
Represa, CA 95671-0066

Dated: June 14, 2007

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk