**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: The Clerk of the courts,

Can you please send me an update progress print out of my active case, I was transfer from the San Francisco District to your office, my old case number was #C-06-03626 ~~MJJ~~ SBA I was inform that my new number is C-06-03626 SBA. I would appreciate a updated status report, thank you.

Harol Lam Jordan V-42322
P.O. Box 1050
Soledad, Ca 93960-1050
A-4-106

Harol Kam Jordan V-42322
P.O. Box 1050
Soledad, Ca 93960-1050
A-106-4
Soledad Salinas Vally Prison

STATE PRISON
GENERATED MAIL

9461245212 0037

OFFICE OF The Clerk
US District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, Ca 94612-5212

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004397458
MAILED FROM ZIPCODE 93960
$ 00.42⁰
JUL 03 2008

