IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROL LAM JORDAN, | ) | No. C 06-3626 SBA (PR) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JIMMY WALKER, Warden, | ) | |
| Respondent. | ) | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 9/16/10

                                                   *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.06\Jordan3626.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JORDAN et al,

      Plaintiff,

v.

WALKER et al,

      Defendant.

Case Number: CV06-03626 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harol Lam Jordan
Salinas Valley State Prison
Prisoner Id V-42322
P.O. Box 1050
Soledad, CA 93960

Dated: September 17, 2010

      Richard W. Wieking, Clerk
      By: LISA R CLARK, Deputy Clerk